**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

INTERNATIONAL ASSOCIATION
OF MACHINISTS AND AEROSPACE
WORKERS, LOCAL LODGE 759,
DISTRICT LODGE 112, AFL-CIO,

    Plaintiff,

vs.                Case No. 3:05-cv-1083-J-32MCR

P & B TRANSPORT, etc.,

    Defendant.

---

**ORDER ON ATTORNEY'S FEES**[1]

  This case is before the Court on plaintiff's motion for attorney fees (Doc. 57) to which defendant has filed a response in opposition (Doc. 63). Upon consideration, the Court rejects defendant's position that the Court's prior Orders have foreclosed plaintiff's pursuit of fees, and, as defendant elected not to address whether plaintiff is otherwise entitled to fees or whether the fees plaintiff seeks are reasonable (despite being afforded a specific invitation to do so; see Order, Doc. 64), the Court has now reviewed the motion and finds that fees are due to be awarded in this case, see B.L. Harbert Int'l, LLC v. Hercules Steel Co., 441 F.3d 905 (11th Cir. 2006), and further finds that the fees requested are both fair and reasonable in all respects. Accordingly, it is hereby

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

**ORDERED**:

Plaintiff's Motion for Attorney's Fees (Doc. 57) is **GRANTED**.  The Clerk shall enter judgment in favor of plaintiff and against defendant in the amount of $43,191.25 in attorney's fees.

**DONE AND ORDERED** at Jacksonville, Florida this 5th day of June, 2007.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record